UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| CLIFF E. MCCALL, | ) Civil Action No. 0:20-cv-03110-PJG |
| Plaintiff, | ) |
| v. | ) |
| ANDREW SAUL, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

**ORDER**

**AND NOW**, this 13th day of May, 2021, upon consideration of the Acting Commissioner's Motion to Remand, it is hereby

**ORDERED**

that such motion is granted and this action is remanded to Defendant for further evaluation under sentence four of 42 U.S.C.§ 405(g). On remand, the administrative law judge (ALJ) will re-evaluate and discuss all relevant medical evidence; re-evaluate the medical opinions, more specifically, explain how supportability and consistency factors were considered in determining the persuasiveness of the medical source opinions; and re-evaluate the claimant's RFC. The ALJ will offer the claimant the opportunity for a hearing because testimony from a medical expert may be warranted, as well as testimony from a vocational expert based on a revised RFC.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

May 13, 2021
Columbia, South Carolina